STATE v. MURRAY B. BALLENGER

(Filed 20 November, 1957)

APPEAL by defendant from *Seawell, J.*, June Term 1957 of JOHNSTON.

The defendant was tried and convicted in the Recorder's Court of Benson, North Carolina on a warrant issued out of said court, charging that on or about 17 May 1957, at and in said County and within the jurisdiction of said court, the defendant did unlawfully and wilfully operate a motor vehicle upon the public highways of North Carolina after his North Carolina operator's license had been permanently revoked. From the judgment imposed the defendant appealed to the Superior Court where he was tried *de novo* on the original warrant.

The defendant, through his counsel, stipulated that on 17 May 1957 his North Carolina operator's license had been permanently revoked by the Commissioner of Motor Vehicles of the State of North Carolina.

The State offered evidence to the effect that the defendant drove a motor vehicle on 17 May 1957 upon the public highways of Johnston County within five miles of the Town of Benson. The jury returned a verdict of guilty. The defendant was sentenced to two years in the common jail of Johnston County

and assigned to work the roads under the supervision of the State Highway and Public Works Commission.

The defendant appeals, assigning error.

*Attorney General Patton, Asst. Attorney General Moody, for the State.*

*E. R. Temple, for defendant.*

PER CURIAM. On this appeal the defendant raises the same questions with respect to the validity and jurisdiction of the Recorder's Court of Benson that he raised in *S. v. Ballenger, ante,* 216. What we said there is applicable here.

In the trial below we find

No Error.